**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**Civil Division**

**HENRY LEHMAN, et al.**

    **Plaintiffs,**

**v.**                                                            **Case No. 08CV1012**

**CITY OF FREDERICK, MARYLAND, et al.**

    **Defendants**

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiffs, Henry Lehman, Julia Lehman, and Henry Lehman as parent, guardian, and next of friend of minor children Henry Vladimir Lehman and Charles Alexander Lehman, by and through their attorneys, Patrick J. Christmas & Associates, P.C. by Stephen M. Gensemer, Esquire and hereby respectfully files this Response to Defendants', City of Frederick and Officer Garcia, Motion to Dismiss or in the Alternative Motion for Summary Judgment and in support therefore the Plaintiff submits the following:

1. Based upon the Defendant's Motion to Dismiss or in the Alternative Motion for Summary Judgment, and in lieu of this Honorable Court's recent ruling in *Jones et al. v. City of Frederick et al.,* Case No. AMD-07-3010, the Plaintiffs respectfully request that this Honorable Court dismiss the Plaintiffs' claims **without prejudice** to allow the Plaintiffs to pursue their claims in State Court.

WHEREFORE, for the reasons stated above the Plaintiffs respectfully request that this Honorable Court Dismiss the Plaintiffs' claims **without prejudice.**

Respectfully submitted,

**PATRICK J. CHRISTMAS**
& **ASSOCIATES, P.C.**

_____
Pa rack           as, #11708
Justin        zio, #09461
Stephen M. Gensemer, #16674
8401 Colesville Road, Suite 510
Silver Spring, MD 20910
(301) 589-3009
fax (301) 589-1909
pchristmas@christmaslaw.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the forgoing Plaintiffs' Response to Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment was e-filed and mailed first class, postage prepaid, this 27th day of August 2008 to:

David Stratton, Esquire
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
*Counsel for Defendants City and Garcia*

Ana Altamar
2142 Chestnut Lane
Frederick, Maryland 21702
*Pro Se Defendant*

Rosemary Lial
2142 Chestnut Lane
Frederick, Maryland 21702
*Pro Se Defendant*

_____
Stephen M. Gensemer, #16674