**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

HENRY LEHMAN, et al. :
:
:
v. :
: Civil Action No. CCB-08-1012
CITY OF FREDERICK, MARYLAND, et al. :

...o0o...

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The defendants' motion to dismiss or for summary judgment (docket entry no. 6) is **DENIED** without prejudice as to the state law claims and **DENIED** as moot as to the federal claims;

2. The plaintiffs' motion to dismiss (docket entry no. 10) is **GRANTED**;

3. The federal claims (Counts 1, 2, and 3) are **DISMISSED** with prejudice;

4. The state law claims (Counts 4-12) are **DISMISSED** without prejudice; and

5. The clerk shall **CLOSE** this case.

September 22, 2008                                    /s/
Date                                          Catherine C. Blake
                                              United States District Judge